

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2018

No. 04-18-00415-CR

Gilberto **CARREON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3963
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

After this court granted three prior extensions of time, appellant's brief was due in this court on December 5, 2018. When we granted the last requested extension, we advised appellant that no further extensions of time to file appellant's brief would be granted without written proof of extraordinary circumstances. On December 10, 2018, appellant filed a fourth motion for extension of time, asking for an additional forty days in which to file his brief. After review, we find appellant has provided proof of extraordinary circumstances and we **GRANT** his requested extension and **ORDER** him to file his brief in this court **on or before January 14, 2019. Appellant is again advised that no further extension of time to file the brief will be granted without written proof of extraordinary circumstances.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2018.



KEITH E. HOTTLE
Clerk of Court